**Form 154A**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:  Bankruptcy Case No.: 19−22398−CMB

Chapter: 13

**Jerome Smith**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 23, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
   U.S. Bankruptcy Court
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 6/17/19

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 19-22398-CMB
Jerome Smith                                                        Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                Page 1 of 2         Date Rcvd: Jun 17, 2019
                              Form ID: 154A              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db             +Jerome Smith,    940 Harper Road,    Crescent, PA 15046-5079
15070986        Absolute Resolutions Investments LLC,    PO Box 1479,    Lombard, IL 60148-8479
15070987       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
15070988       +Best Egg,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
15070989        Brighton Radiology Associates, PC,    P.O. Box 536287,    Pittsburgh, PA 15253-5904
15070990       +Capital One Auto Finance,    P.O. Box 259407,    Plano, TX 75025-9407
15070994       +FBCS, Inc.,    330 S. Warminster Rd.,    Suite 353,    Hatboro, PA 19040-3433
15070995       +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
15070996        Fortiva Financial, LLC,    P.O. Box 105555,    Atlanta, GA 30348-5555
15070997       +JP Morgan Chase Bank, N.A.,    PO Box 15369,    Wilmington, DE 19850-5369
15071001       +Monarch Recovery Management, Inc.,    3260 Tillman Drive,    Suite 75,    Bensalem, PA 19020-2059
15071002        Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
15071006      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 12903,
                 Norfolk, VA 23541)
15071008       +Sequium Asset Solutions, LLC,    1130 Northchase Parkway, Suite 150,    Marietta, GA 30067-6429
15071010        Township of Crescent,    c/o Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
15071012       +Trugreen,    Attn: Accounts Receivable,    P.O. Box 9001128,    Louisville, KY 40290-1128
15071013       +Velocity Investments, LC,    1800 Rt. 34 N.,    Building 3, Suite 305,    Belmar, NJ 07719-9168
15071014        Weltman, Weinberg Reis Co.,    436 7th. Ave., Ste 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:23:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15070991        E-mail/Text: jsanders@cksfin.com Jun 18 2019 03:19:16      CKS Financial,    P.O. Box 2856,
                 Chesapeake, VA 23327-2856
15070992       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 18 2019 03:19:07      Comenity Capital Bank,
                 P.O. Box 182120,    Columbus, OH 43218-2120
15070993       +E-mail/Text: mrdiscen@discover.com Jun 18 2019 03:18:45      Discover Bank,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
15070998       +E-mail/Text: bk@lendingclub.com Jun 18 2019 03:20:01      Lending Club Corp.,    71 Stevenson St.,
                 Suite 300,    San Francisco, CA 94105-2985
15070999       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2019 03:19:33      Midland Credit Management,
                 PO Box 2121,    Warren, MI 48090-2121
15071000       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2019 03:19:33      Midland Funding,
                 c/o Midland Credit Management,    P.O. Box 2121,    Warren, MI 48090-2121
15071003       +E-mail/Text: lauriem@newalliancefcu.com Jun 18 2019 03:20:25
                 New Alliance Federal Credit Union,    835 Merchant St.,    Ambridge, PA 15003-2398
15071004       +E-mail/Text: bankruptcy@oliphantfinancial.com Jun 18 2019 03:19:35      Oliphant Financial,
                 2601 Cattlemen Rd.,    Ste. 300,    Sarasota, FL 34232-6231
15071005       +E-mail/PDF: cbp@onemainfinancial.com Jun 18 2019 03:24:16      OneMain,    P.O. Box 1010,
                 Evansville, IN 47706-1010
15071007       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 18 2019 03:19:57      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15071092       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:23:41      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15071009       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:24:21      Synchrony Bank,    P.O. Box 965024,
                 Orlando, FL 32896-5024
15071011       +E-mail/Text: bankruptcydepartment@tsico.com Jun 18 2019 03:20:10      Transworld Systems Inc.,
                 500 Virginia Dr.,    Suite 514,    Fort Washington, PA 19034-2707
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: Jun 17, 2019
                               Form ID: 154A            Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
              Charles J. Grudowski     on behalf of Debtor Jerome  Smith cjg@grudowskilaw.com,
               grudowskilaw1@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grud
               owskilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 3
```