# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jerome Smith | ) | Bankruptcy No. 19-22398-CMB |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| | ) | Document No. |
| Jerome Smith | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Giant Eagle, Inc., | ) | |
| | ) | |
| Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on July 24, 2019 via first class mail postage prepaid:

**Giant Eagle, Inc.**
**Payroll Department**
**101 Kappa Drive**
**Pittsburgh, PA 15238**

Executed on:  July 24, 2019     By:    s/Charles J. Grudowski
                                                         Charles J. Grudowski, Esquire
                                                         PA ID No. 91231
                                                         Grudowski Law Associates, P.C.
                                                         Law & Finance Building
                                                         429 Fourth Avenue, Suite 1001
                                                         Pittsburgh. Pennsylvania, 15219
                                                         Office: (412) 904-1940
                                                         Fax: (855) 496-3150
                                                         Email: cjg@grudowskilaw.com