**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Jerome Smith )    Bankruptcy No. 19-22398-CMB
)
)    Chapter 13
Debtor(s). )
)
)    Document No.
Jerome Smith )
Movant(s), )
)
v. )
)
Giant Eagle, Inc., )
)
Respondent. )

## CERTIFICATE OF SERVICE

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Amended Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on January 28, 2020 via first class mail postage prepaid:

**Giant Eagle, Inc.
Payroll Department
101 Kappa Drive
Pittsburgh, PA 15238**

Executed on:  <u>January 28, 2020</u>     By:     <u>s/Charles J. Grudowski</u>
Charles J. Grudowski, Esquire
PA ID No. 91231
Grudowski Law Associates, P.C.
Law & Finance Building
429 Fourth Avenue, Suite 1001
Pittsburgh. Pennsylvania, 15219
Office: (412) 904-1940
Fax: (855) 496-3150
Email: cjg@grudowskilaw.com