**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/21/2021

IN RE:

JEROME SMITH
940 HARPER ROAD
CRESCENT, PA 15046
XXX-XX-5318      Debtor(s)

Case No. 19-22398 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/21/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 8672 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  196.12<br>COMMENT:  NT/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7793 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  QUICKEN LNS/PRAE | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210 | Trustee Claim Number:5  INT %: 14.94%<br>Court Claim Number:3<br>CLAIM:  8,147.27<br>COMMENT:  CL3GOVS*PIF/CRED & CL | | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 7036 |
| **NEW ALLIANCE FCU**<br>835 MERCHANT ST<br>AMBRIDGE, PA  15003 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  0.00<br>COMMENT:  CL16GOV*500/PL*830.13x(60+2)=LMT*ARRS/PL=$0*BGN 7/19*MATURES 2022 | | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1801 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  0.00<br>COMMENT:  CL2GOVS*1391/PL*1322.63 X (60+2)=LMT*BGN 7/19 | | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7333 |
| **TOWNSHIP OF CRESCENT (TRASH)**<br>C/O JORDAN TAX SERVICE<br>102 RAHWAY ROAD<br>MCMURRAY, PA  15317 | Trustee Claim Number:8  INT %: 10.00%<br>Court Claim Number:6<br>CLAIM:  580.00<br>COMMENT:  8120R205*CL6GOVS*WNTS 10%*JORDAN/SCH*SVC THRU 6/14/19*W/37*INT RETUF | | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: R205 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>C/O ABSOLUTE RESOLUTIONS CORP<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55438 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  23,145.78<br>COMMENT:  CROSS RIVER BANK | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5423 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  3,111.63<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BRIGHTON RADIOLOGY ASSOCIATES**<br>3582 BRODHEAD RD STE 204<br>MONACA, PA 15061-3142 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1381 |
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GOOD SAM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0624 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 5,977.19<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5236 |
| **THE BANK OF MISSOURI D/B/A FORTIVA**<br>PO BOX 105555<br>ATLANTA, GA 30348 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 5,309.23<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5180 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 5,167.03<br>COMMENT: 0556/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1124 |
| **OLIPHANT FINANCIAL(*)++**<br>2601 CATTLEMEN RD STE 300<br>SARASOTA, FL 34232 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5491 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1234 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 5,740.41<br>COMMENT: WALMART/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3800 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,173.40<br>COMMENT: VALUE CITY/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1480 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,899.22<br>COMMENT: SYNCHRONY BANK/SUMMIT RACING*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9941 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 4,527.19<br>COMMENT: NO ACCT/SCH*SYNCHRONY BANK/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8672 |
| **TRUGREEN**<br>OAKPARK INDUSTRIAL PARK<br><br>PITTSBURGH, PA 15217 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1490 |
| **BEST EGG**<br>1526 CONCORD PIKE STE 302<br><br>WILMINGTON, DE 19803 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CKS FINANCIAL**<br>PO BOX 2856<br><br>CHESAPEAKE, VA 23327 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FBCS INC***<br>ATTN: PAYMENT PROCESSING<br>2200 BYBERRY RD STE 120<br><br>HATBORO, PA 19040 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRSTSOURCE ADVANTAGE, LLC**<br>205 BRYANT WOODS SOUTH<br><br>BUFFALO, NY 14228 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LENDING CLUB CORP++**<br>71 STEVENSON STE 300<br><br>SAN FRANCISCO, CA 94105 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MONARCH RECOVERY MANAGEMENT++**<br>PO BOX 21089<br><br>PHILADELPHIA, PA 19114 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONWIDE CREDIT LINE++**<br>PO BOX 26314<br><br>LEHIGH VALLEY, PA 18002 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SEQUIUM ASSET SOLUTION**<br>1130 NORTHCHASE PKWY ST<br><br>MARIETTA, GA  30067 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br><br>FORT WASHINGTON, PA  19034-2707 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VELOCITY INVESTMENTS LLC**<br>1800 RT 34N BLDG 4 S404A<br><br>WALL, NJ  07719 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br>PITTSBURGH, PA  15219-1842 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br><br>DETROIT, MI  48226 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,457.49<br>COMMENT: CL2GOVS*$0/PL*THRU 6/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7333 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 239.81<br>COMMENT: NT/SCH*CHARGE OFF 7/2/2019 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5007 |
| **TOWNSHIP OF CRESCENT (TRASH)**<br>C/O JORDAN TAX SERVICE<br>102 RAHWAY ROAD<br>MCMURRAY, PA  15317 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 90.83<br>COMMENT: 812R205*CL6GOVS*NON-INT*JORDAN/SCH*SVC THRU 6/14/19*W/8 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R205 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TWP OF CRESCENT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 223.48<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1961 |
| **NEW ALLIANCE FCU**<br>835 MERCHANT ST<br><br>AMBRIDGE, PA  15003 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 714.98<br>COMMENT: CL16GOV*$0 ARRS/PL*THRU 6/19 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1801 |