IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jerome Smith | ) | Bankruptcy No. 19-22398-CMB |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | Related to: Document No. 41 |
| | ) | |
| Jerome Smith | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Giant Eagle, Inc., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, this __23rd__ day of __September__, 2022, upon the foregoing Motion to Terminate Wage Attachment Order, it is hereby ORDERED, that said Motion is granted and Debtor's Wage Attachment as to Giant Eagle, Inc. is terminated.

Any party-in-interest may file a written objection(s) to the entry of this order on or before September 28, 2022. If any objection(s) is filed on or before September 28, 2022, a hearing will be set. If no objection(s) is filed on or before September 28, 2022, the order shall become final effective September 29, 2022. Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

*Carlota M. Böhm*   glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
9/23/22 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22398-CMB |
| Jerome Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome Smith, 940 Harper Road, Crescent, PA 15046-5079 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Jerome Smith cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Crescent jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Case 19-22398-CMB   Doc 43   Filed 09/25/22   Entered 09/26/22 00:22:22   Desc Imaged
Certificate of Notice   Page 3 of 3

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Sep 23, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8