Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jerome Smith** | : | Case No. 19−22398−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

   *AND NOW,* this *The 20th of December, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jerome Smith  
    Debtor

Case No. 19-22398-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 20, 2022      Form ID: 309      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerome Smith, 940 Harper Road, Crescent, PA 15046-5079 |
| cr | + | Township of Crescent, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15070986 | | Absolute Resolutions Investments LLC, PO Box 1479, Lombard, IL 60148-8479 |
| 15070989 | | Brighton Radiology Associates, PC, P.O. Box 536287, Pittsburgh, PA 15253-5904 |
| 15071006 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, Portfolio Recovery Associates, LLC, P.O. Box 12903, Norfolk, VA 23541 |
| 15088341 | + | Township of Crescent, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15071010 | | Township of Crescent, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15071012 | + | Trugreen, Attn: Accounts Receivable, P.O. Box 9001128, Louisville, KY 40290-1128 |
| 15071013 | + | Velocity Investments, LC, 1800 Rt. 34 N., Building 3, Suite 305, Belmar, NJ 07719-9168 |
| 15071014 | | Weltman, Weinberg Reis Co., 436 7th. Ave., Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 21 2022 04:49:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 21 2022 04:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 20 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15076578 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 20 2022 23:48:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15070987 | + | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:04:45 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15088656 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:04:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15070988 | ^ | MEBN | Dec 20 2022 23:45:28 | Best Egg, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 15070991 | | EDI: CKSFINANCIAL.COM | Dec 21 2022 04:49:00 | CKS Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 15070990 | + | EDI: CAPONEAUTO.COM | Dec 21 2022 04:49:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 15076297 | + | EDI: AISACG.COM | Dec 21 2022 04:49:00 | Capital One Auto Finance, a division of Capital |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15085144 | EDI: CAPITALONE.COM | Dec 21 2022 04:49:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15070992 | + EDI: WFNNB.COM | Dec 21 2022 04:49:00 | Comenity Capital Bank, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15070993 | + EDI: DISCOVER.COM | Dec 21 2022 04:49:00 | Discover Bank, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 15075569 | EDI: DISCOVER.COM | Dec 21 2022 04:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15105861 | + Email/Text: kburkley@bernsteinlaw.com | Dec 20 2022 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15070994 | Email/Text: bknotices@fbcs-inc.com | Dec 20 2022 23:48:00 | FBCS, Inc., 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040 |
| 15070995 | + Email/Text: crdept@na.firstsource.com | Dec 20 2022 23:49:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 15070996 | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 20 2022 23:48:00 | Fortiva Financial, LLC, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15070997 | EDI: JPMORGANCHASE | Dec 21 2022 04:49:00 | JP Morgan Chase Bank, N.A., PO Box 15369, Wilmington, DE 19886 |
| 15092395 | + Email/Text: RASEBN@raslg.com | Dec 20 2022 23:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15070998 | + Email/Text: bk@lendingclub.com | Dec 20 2022 23:49:00 | Lending Club Corp., 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 15097558 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2022 23:48:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15071001 | Email/Text: compliance@monarchrm.com | Dec 20 2022 23:48:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 15070999 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2022 23:48:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 15071000 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2022 23:48:00 | Midland Funding, c/o Midland Credit Management, P.O. Box 2121, Warren, MI 48090-2121 |
| 15071002 | Email/Text: NCI_bankonotify@ncirm.com | Dec 20 2022 23:48:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 15071003 | + Email/Text: Eden@NewAllianceFCU.com | Dec 20 2022 23:49:00 | New Alliance Federal Credit Union, 835 Merchant St., Ambridge, PA 15003-2398 |
| 15071004 | + Email/Text: bankruptcy@oliphantfinancial.com | Dec 20 2022 23:48:00 | Oliphant Financial, 2601 Cattlemen Rd., Ste. 300, Sarasota, FL 34232-6231 |
| 15071005 | + EDI: AGFINANCE.COM | Dec 21 2022 04:49:00 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15109079 | EDI: PRA.COM | Dec 21 2022 04:49:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15107219 | + Email/Text: ebnpeoples@grblaw.com | Dec 20 2022 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, PC, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15071007 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 20 2022 23:48:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15076183 | + Email/Text: bankruptcyteam@quickenloans.com | Dec 20 2022 23:48:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

Case 19-22398-CMB    Doc 51    Filed 12/22/22    Entered 12/23/22 00:25:48    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2022 | Form ID: 309 | Total Noticed: 48 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 15071008 | Email/Text: bankruptcy@sequium.com | Dec 20 2022 23:48:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 15071009 | + EDI: RMSC.COM | Dec 21 2022 04:49:00 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15071092 | + EDI: RMSC.COM | Dec 21 2022 04:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15099551 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 20 2022 23:48:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15071011 | + Email/Text: bankruptcydepartment@tsico.com | Dec 20 2022 23:49:00 | Transworld Systems Inc., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Jerome Smith cjg@grudowskilaw.com admin@grudowskilaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Crescent jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | |

on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10