**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JEROME SMITH <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>　　　Movant <br>　　vs. <br> No Repondents. | Case No.:19-22398 CMB <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　1.  The case was filed on 06/14/2019  and confirmed on 08/09/2019 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,569.31 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 135,564.31 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,000.00 | |
| 　Trustee Fee | 6,198.06 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,198.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 54,330.82 | 0.00 | 54,330.82 |
| 　　Acct: 7333 | | | | |
| 　QUICKEN LOANS LLC FKA QUICKEN LOAN | 1,457.49 | 1,457.49 | 0.00 | 1,457.49 |
| 　　Acct: 7333 | | | | |
| 　TOWNSHIP OF CRESCENT (TRASH) | 580.00 | 580.00 | 0.00 | 580.00 |
| 　　Acct: R205 | | | | |
| 　TOWNSHIP OF CRESCENT (TRASH) | 90.83 | 90.83 | 0.00 | 90.83 |
| 　　Acct: R205 | | | | |
| 　CAPITAL ONE AUTO FINANCE - DIV CAPIT | 8,147.27 | 8,147.27 | 1,433.95 | 9,581.22 |
| 　　Acct: 7036 | | | | |
| 　NEW ALLIANCE FCU | 0.00 | 33,815.59 | 0.00 | 33,815.59 |
| 　　Acct: 1801 | | | | |
| 　NEW ALLIANCE FCU | 714.98 | 714.98 | 0.00 | 714.98 |
| 　　Acct: 1801 | | | | |
| | | | | 100,570.93 |
| Priority | | | | |
| 　CHARLES J GRUDOWSKI ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| JEROME SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME SMITH | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEROME SMITH | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRUDOWSKI LAW ASSOCIATES PC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES J GRUDOWSKI ESQ(*) | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXX2398 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 196.12 | 73.12 | 0.00 | 73.12 |
| Acct: 7793 | | | | |
| ABSOLUTE RESOLUTIONS INVESTMENTS | 23,145.78 | 10,180.51 | 0.00 | 10,180.51 |
| Acct: 5423 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 3,111.63 | 1,368.64 | 0.00 | 1,368.64 |
| Acct: 1008 | | | | |
| BRIGHTON RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1381 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0624 | | | | |
| DISCOVER BANK(*) | 5,977.19 | 2,629.03 | 0.00 | 2,629.03 |
| Acct: 5236 | | | | |
| THE BANK OF MISSOURI D/B/A FORTIVA | 5,309.23 | 2,335.23 | 0.00 | 2,335.23 |
| Acct: 5180 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 5,167.03 | 2,272.69 | 0.00 | 2,272.69 |
| Acct: 1124 | | | | |
| OLIPHANT FINANCIAL(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5491 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1234 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,740.41 | 2,524.88 | 0.00 | 2,524.88 |
| Acct: 3800 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,173.40 | 955.96 | 0.00 | 955.96 |
| Acct: 1480 | | | | |
| MIDLAND FUNDING LLC | 2,899.22 | 1,275.21 | 0.00 | 1,275.21 |
| Acct: 9941 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,527.19 | 1,991.25 | 0.00 | 1,991.25 |
| Acct: 8672 | | | | |
| TRUGREEN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1490 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 239.81 | 105.48 | 0.00 | 105.48 |
| Acct: 5007 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 223.48 | 83.32 | 0.00 | 83.32 |
| Acct: 1961 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8672 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BEST EGG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   CKS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FBCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MONARCH RECOVERY MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONWIDE CREDIT LINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEQUIUM ASSET SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VELOCITY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 25,795.32 |

**TOTAL PAID TO CREDITORS**                                                                                  126,366.25

TOTAL CLAIMED
PRIORITY              0.00
SECURED          10,990.57
UNSECURED        58,710.49

Date: 05/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com